IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RACHAEL REED,

    Petitioner,

vs.                                              Case No. 4:07cv431-SPM/WCS

WARDEN PAIGE AUGUSTINE,

    Respondent.

                                         /


## REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION

Pending is Petitioner's 28 U.S.C. § 2241 petition and motion for disposition. Docs. 1 and 11. The Government was directed to file a supplemental response. Doc. 12. Petitioner filed a change of address. Doc. 13. The Government filed a response to order, seeking dismissal of the case as moot as Petitioner was transferred to a Residential Reentry Center on May 6, 2008. Doc. 14.

Petitioner's change of address was mailed from FCI Tallahassee and received by the clerk on May 6, 2008. Doc. 13. It gave Petitioner's new address in Greensboro, North Carolina. The Government relies on this address in the response to order, indicating it is the Dismas Charities CCC. Doc. 14, p. 2 (certificate of service).

According to the United States Marshal's Office, Petitioner arrived at the Raleigh CCM (Community Corrections Management Office) on May 6, 2008. In an abundance of caution, a separate order is entered to ensure this report and recommendation is sent to both addresses.

For relief in the § 2241 petition, Petitioner sought placement in a halfway house or CCC (community correctional center). Doc. 1, pp. 3, 7. She received such a placement on or about May 6, 2008. Her petition is therefore moot, as there is no longer a case or controversy to litigate. <u>United States ex. rel. Graham v. United States Parole Comm'n</u>, 732 F.2d 849, 850 (11th Cir. 1984) (challenge to parole regulations, with ultimate objective to obtain parole, was mooted by release on parole; a favorable decision on the merits would not entitle petitioner to any additional relief) (citations omitted). Mootness deprives the court of jurisdiction, "there is nothing for us to remedy, even if we were disposed to do so." <u>Spencer v. Kemna</u>, 523 U.S. 1, 18, 118 S.Ct. 978, 988, 140 L.Ed.2d 43 (1998).

It is therefore respectfully **RECOMMENDED** that the § 2241 petition be summarily **DISMISSED AS MOOT.**

**IN CHAMBERS** at Tallahassee, Florida, on May 20, 2008.

    S/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**